In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-516 CR


____________________



ALVIN LOUIS KNEISLER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 1


Montgomery County, Texas


Trial Cause No. 03-185194






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Alvin Louis Kneisler, to
withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant
personally and counsel of record is aware of the motion. No opinion has issued in this
appeal. The motion is granted and the appeal is therefore DISMISSED.

 APPEAL DISMISSED.

 PER CURIAM

Opinion Delivered December 22, 2004

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.